United States District Court
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9              SAN FRANCISCO DIVISION

| | |
|---|---|
| 10 Terry Freitas, et al., | NO. C 11-05967 JW |
| _____/ | NO. C 12-00343 LB |
| 11 | NO. C 12-00344 NC |
| Henry D. Witthauer, et al., | NO. C 12-00346 MEJ |
| 12 _____/ | NO. C 12-00347 LB |
| 13 Wendell Rice, et al., | **ORDER GRANTING MOTION TO** |
| _____/ | **RELATE; STAYING CASES** |
| 14 | |
| Tenessia Posey, et al., | |
| 15 _____/ | |
| 16 Mary Keene, et al., | |
| 17        Plaintiffs, | |
| _____/ | |
| 18 | |
|    v. | |
| 19 | |
| McKesson Corp., et al., | |
| 20 | |
|        Defendants. | |
| 21 _____/ | |

22        Presently before the Court is Defendant Eli Lilly and Company's ("Eli Lilly") Motion to

23 Relate.[1] Defendant Eli Lilly contends that this case should be related to four other cases[2] removed to

24 _____

25        [1] (Defendant Eli Lilly and Company, a Corporation's Administrative Motion to Consider
Whether Cases Should Be Related; Request to Stay Cases If Related, hereafter, "Motion to Relate,"
26 Docket Item No. 27.)

27        [2] The other cases are: (1) Witthauer v. McKesson Corporation, No. C 12-00343 LB; (2) Rice
v. McKesson Corporation, No. C 12-00344 NC; (3) Posey v. McKesson Corporation, No. C 12-
28 00346 MEJ; and (4) Keene v. McKesson Corporation, No. C 12-00347 LB (collectively, the "2012
Cases").

the Northern District of California on January 23, 2012, on the ground that the other cases "assert

virtually identical causes of action, name the same lengthy list of companies as defendants, and seek

identical relief" as in this case.  (Motion to Relate at 1.)

Civil Local Rule 3-12(a) provides:

An action is related to another action when:

(1)   The action concerns substantially the same parties, property, transaction or event; and

(2)   It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Upon review, the Court finds that the 2012 Cases are related to this case.  First, the Court

finds that each of the 2012 Cases names the same Defendants as are named in this case.[3]  Second,

the Court finds that each of the 2012 Cases concerns substantially the same transactions or events as

this case.[4]  Finally, the Court finds that there will likely be an unduly burdensome duplication of

labor if the 2012 Cases are not related to this case, insofar as Defendant Eli Lilly contends that it

"intends to promptly seek transfer of [the 2012 Cases]" to the same Multidistrict Litigation

Proceeding to which it has sought transfer of this case.[5]  (Motion to Relate at 1.)

_____

[3]  (Compare Motion to Relate, Ex. A, Complaint for Damages, hereafter, "Freitas Complaint," Docket Item No. 27-1 (listing Defendants in this case, which include McKesson Corporation, Eli Lilly and Company, and a number of other pharmaceutical companies) with id., Exs. B-E, Docket Item Nos. 27-5, 27-7, 27-9 and 27-10 (listing Defendants in the 2012 Cases, which also include McKesson Corporation, Eli Lilly and Company, and the same pharmaceutical companies).)

[4]  (See Freitas Complaint ¶ 1 (describing this case as a lawsuit which "concerns personal injury and death related to Plaintiffs' and Decedent's ingestion of prescription medication containing the active ingredient propoxyphene for treatment of mild to moderate pain, marketed and sold as generic and/or brand-name drugs under various names).)  The Complaints in each of the 2012 Cases describe those cases in substantively identical terms.  (See, e.g., Motion to Relate, Ex. B, Complaint for Damages in Rice v. McKesson Corporation ¶ 1, Docket Item No. 27-5 (describing that case as a lawsuit which "concerns personal injury related to Plaintiffs' ingestion of prescription medication containing the active ingredient propoxyphene for treatment of mild to moderate pain, marketed and sold as generic and/or brand-name drugs under various names").)

[5]  (See Order Granting Defendant Eli Lilly's Motion to Stay; Denying as Premature Plaintiffs' Motion to Remand at 2-5, hereafter, "January 10 Order," Docket Item No. 25 (explaining that the MDL Panel has issued a Conditional Transfer Order transferring this action to MDL No. 2226).)

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1    Accordingly, the Court GRANTS Defendant's Motion to Relate and ORDERS as follows:

2    (1)    The Clerk shall immediately relate the following cases to Freitas v. McKesson

3           Corporation, No. C 11-05967 JW:

4                  (a)    Witthauer v. McKesson Corporation, No. C 12-00343 LB;

5                  (b)    Rice v. McKesson Corporation, No. C 12-00344 NC;

6                  (c)    Posey v. McKesson Corporation, No. C 12-00346 MEJ; and

7                  (d)    Keene v. McKesson Corporation, No. C 12-00347 LB.

8    (2)    The Court STAYS the 2012 Cases pending resolution of the MDL Panel proceedings

9           regarding those cases.[6]  As the Court explained in its January 10 Order, any party

10          may move to lift the stay in any of the 2012 Cases within ten (10) days of the MDL

11          Panel's final decision.[7]  (Id.)

12

13

14   Dated:  February 1, 2012                      _James Ware_____

15                                                 JAMES WARE
                                                   United States District Chief Judge

16

17

18

19

20

21

22

23

24

25   _____

26      [6] (See January 10 Order at 5.)

27      [7]  In light of this Order, the Court DENIES as premature all pending Motions in the 2012 Cases.

28                                           3

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Adam Richard Salvas asalvas@seegersalvas.com
Christopher Patrick Norton christopher.norton@sedgwicklaw.com

3

Curtis Nelson Bruehl curtbrue@gmail.com
Elise Rochelle Sanguinetti sanguinetti@hinton-law.com

4

James Mark Neudecker jneudecker@reedsmith.com
Karen Elizabeth Woodward karen.woodward@sedgwicklaw.com

5

Richard Gordon Salkow rsalkow@salkowlaw.com

6

7

**Dated:  February 1, 2012**                          **Richard W. Wieking, Clerk**

8

                                                        **By:    /s/ JW Chambers**
                                                        **Susan Imbriani**

9

                                                        **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California